IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR3010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARY JO SCHOENROCK, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of government's counsel, and with the agreement of defense counsel,

IT IS ORDERED that the defendant's evidentiary hearing is rescheduled to 9:00 a.m.-12:00 noon, on Friday, May 11, 2007, before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

April 24, 2007.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge